RECEIVED
2009 JUN -8 AM 11:22
RICHARD W. WIEKING
CLERK
U.S. DSTRICT COURT
NO. DIST. OF CA. S.J.

*E-Filed 6/12/09*



IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOHN E. DANNENBERG,** | C 09 00832 |
| Plaintiff, | |
| v. | **ORDER GRANTING EXTENSION OF TIME TO SERVE COMPLAINT AND SUMMONS** |
| **ROBERT L. AYERS, JR.,** et al, | |
| Defendants. | (F.R.Civ.P. Rule 4(m)) |

Good cause appearing, plaintiff's *ex parte* request for an extension of time to file the complaint and summons in the within action until September 23, 2009, is GRANTED.

Dated: 6/12/09

Richard Seeborg
United States Magistrate Judge

THIS IS TO CERTIFY THAT A HARD COPY OF THIS ORDER HAS BEEN SERVED VIA UNITED STATES MAIL ON THE FOLLOWING PARTY:

JOHN E. DANNENBERG
4961 CORBIN AVENUE
SAN JOSE, CA 95118

/S/ CHAMBERS STAFF, CHAMBERS OF UNITED STATES MAGISTRATE JUDGE RICHARD SEEBORG