IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

JOHN E. DANNENBERG,

        Plaintiff,

v.

WARDEN ROBERT L. AYERS, et al,

        Defendants.

_____/

**No. C 09-0832 RS**

**ORDER SETTING CONSENT/DECLINATION DEADLINE**

Defendants have filed a motion to dismiss [Dkt. No. 25] in the above-captioned matter. This motion is noticed for hearing on November 18, 2009, at 9:30 a.m. In accordance with Civil Local Rule 73-1, all parties are directed to file their consents or declinations to magistrate judge jurisdiction no later than October 23, 2009.

IT IS SO ORDERED.

Dated: October 9, 2009

                                        RICHARD SEEBORG
                                        UNITED STATES MAGISTRATE JUDGE