E-Filed 6/17/10*

1  Marc E. Grossman, S.B.N. 197627
   Albert D'Antin, S.B.N. 175873
2  LAW OFFICES OF MARC E. GROSSMAN
   818 N. Mountain Ave., #111
3  Upland, California 91786
   Ph (909) 608-7426
4  Fx (909) 949-0119

5  Attorneys for Plaintiff,
   JOHN E. DANNENBERG
6
7
8                    UNITED STATES DISTRICT COURT
9                    NORTHERN DISTRICT OF CALIFORNIA
10                   SAN FRANCISCO DIVISION
11
12 JOHN E. DANNENBERG,              )    CASE NO.   C09-0832 RS
                                    )
13              Plaintiff,          )    STIPULATION TO CONTINUE
                                    )    DEFENDANTS' MOTION TO DISMISS
14       vs.                        )    AND ORDER
                                    )    AS MODIFIED BY THE COURT
15 ROBERT L. AYERS, JR., as Warden, )    The Honorable Richard Seeborg
   San Quentin State Prison; R.K. WONG,)
16 Warden, San Quentin State Prison;)
   ARNOLD SCHWARZENEGGER,           )
17 Governor of California, MARTIN   )
   HOSHINO, Executive Officer, California)
18 Board of Parole Hearings; JOHN   )
   MONDAY, Executive Officer California)
19 Board of Parole Hearings; JAMES  )
   DAVIS, Chairman, California Board of)
20 Parole Hearings DOES 1-10,       )
                                    )
21              Defendants.         )
   _____)
22
23       IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES THROUGH
24 AND THEIR ATTORNEYS OF RECORD:
25       The Motion to Dismiss Date of June 24, 2010 be continued to July 15, 2010. The
26 continuance is necessary because the Opposition was filed untimely and Defendants
27 require time to file a Reply. Defendants do not object to the filing of the Opposition and
28 continuance of the Hearing. Counsel for Defendants will be unavailable from June 26,

1
STIPULATION TO CONTINUE DEFENDANTS' MOTION TO DISMISS AND ORDER

1  2010 through July 5, 2010.

LAW OFFICES OF MARC E. GROSSMAN

4  Dated: June 14, 2010

MARC E. GROSSMAN, Attorney for Plaintiff, JOHN DANNENBERG

LAW OFFICES OF MARC E. GROSSMAN

9  Dated: 6/15/10

NEAH HUYNH, Attorney for Defendants

**ORDER**

For Good Cause appearing, it is Ordered that Defendants' Motion to Dismiss is continued to July 15, 2010 at ~~8:30 a.m.~~  1:30 p.m.

15  Dated:  6/16/10

Judge of the District Court

2
STIPULATION TO CONTINUE DEFENDANTS' MOTION TO DISMISS AND ORDER